EXHIBIT A

Department of Homeland Security
U.S. Citizenship and Immigration Services

# I-797C, Notice of Action

## THE UNITED STATES OF AMERICA

| Request for Applicant to Appear for Naturalization Initial Interview | | |
|---|---|---|
| CASE TYPE N400 Application For Naturalization | | |
| APPLICATION NUMBER LFG*001155100 | | |
| RECEIVED DATE January 23, 2004 | PRIORITY DATE January 23, 2004 | PAGE 1 of 1 |
| NOTICE DATE December 09, 2004 | | A 046 969 261 |

NAZIR AHMAD
615 WESTMINSTER RD APT 6B
BROOKLYN NY 11230

APPLICANT NAME AND MAILING ADDRESS

Please come to:
US IMMIGRATION & NATURALIZATION SERVICE
711 STEWART AVENUE
USINS - CUSA
MAIN ROOM
GARDEN CITY NY 11530

On (Date): Friday, April 08, 2005      At (Time): 07:25 AM

You are hereby notified to appear for an interview on your Application for Naturalization at the date, time, and place indicated above. Waiting room capacity is limited. Please do not arrive any earlier than 30 minutes before your scheduled appointment time. The proceeding will take about two hours. If for any reason you cannot keep this appointment, return this letter immediately to the INS office address listed below with your explanation and a request for a new appointment; otherwise, no further action will be taken on your application.

If you are applying for citizenship for yourself, you will be tested on your knowledge of the government and history of the United States. You will also be tested on reading, writing, and speaking English, unless on the day you filed your application you have been living in the United States for a total of 15 years as a lawful permanent resident and are over 55 years old, or you have been living in the United States for a total of at least 20 years as a lawful permanent resident and are over 50 years old, or unless you have a medically determinable disability (you must have filed form N648 Medical Certification for Disability Exception with your N400 Application for Naturalization).

You MUST BRING the following with you to the interview:

- This letter.
- Your Alien Registration Card (green card).
- Any evidence of Selective Service Registration.
- Your passport and/or any other documents you used in connection with any entries into the United States.
- Those items noted below which are applicable to you:

If applying for NATURALIZATION AS THE SPOUSE of a United States Citizen:
- Your marriage certificate.
- Proof of death or divorce for each prior marriage of yourself or spouse.
- Your spouse's birth or naturalization certificate or certificate of citizenship.

If applying for NATURALIZATION as a member of the United States Armed Forces.
- Your discharge certificate, or form DD 214.

If copies of a document were submitted as evidence with your N400 application, the originals of those documents should be brought to the interview.

PLEASE keep this appointment, even if you do not have all the items indicated above.

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number.
You will be notified separately about any other cases you may have filed.

INS Office Address:                          INS Customer Service Number:
US IMMIGRATION AND NATURALIZATION SERVICE     (800) 375-5283
7TH FLOOR ROOM 7-700
26 FEDERAL PLAZA
NEW YORK NY 10278

APPLICANT COPY

Case 1:07-cv-02847-RWS    Document 1-2    Filed 04/09/2007    Page 3 of 28

IMMIGRATION AND NATURALIZATION SERVICE                    NOTICE OF ACTION

THE UNITED STATES OF AMERICA

| NOTICE DATE | | |
|---|---|---|
| February 25, 2004 | | |

| CASE TYPE | | | |
|---|---|---|---|
| N400    Application For Naturalization | | | |

| APPLICATION NUMBER | RECEIVED DATE | PRIORITY DATE | PAGE |
|---|---|---|---|
| ESC*001155109 | January 23, 2004 | January 23, 2004 | 1 of 1 |
| | | | USAF |
| | | | A 046 996 261 |

APPLICANT NAME AND MAILING ADDRESS
NAZIR AHMAD
615 WESTMINSTER RD APT 6B
BROOKLYN NY 11230

PAYMENT INFORMATION:

| | |
|---|---|
| Single Application Fee: | $310.00 |
| Total Amount Received: | $310.00 |
| Total Balance Due: | $0.00 |

Receipt with Exception

The above application has been received by our office and is in process, but has been noted with one or more of the following exception(s):

Missing Evidence(s) - your application was missing evidence(s) that you will need to provide at the time of your naturalization interview. You will be notified under separate notice of the necessary evidence(s) that you will be required to bring to your interview. Do not submit any evidence(s) by mail.

Please verify your personal information listed above and immediately notify our office at the address or the phone number listed below if there are any changes.

You will be notified of the date and place of your interview when you have been scheduled by the local INS office. You should expect to be notified within    540    days of this notice.

IMPORTANT NOTICE:    All naturalization applicants who were between the ages of 14-75 at the time of filing must have their fingerprints taken at an INS Application Support Center (ASC) so they can be submitted to the Federal Bureau of Investigation for a criminal history check. If we received your application without a fingerprint card (FD-258), or your fingerprint card was received on or after December 3, 1997, you will need to go to an ASC to be fingerprinted. Do not have your fingerprints taken anywhere else. You will receive a notice that will provide you with information about when and where to go to have your fingerprints taken, and what you will need to bring with you. Please inform the office listed below immediately of any address changes.

Our records indicate your personal information is as follows:

Date of Birth:    September 10, 1979
Address Where You Live:    615 WESTMINSTER RD APT 6B
BROOKLYN NY 11230

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number. You will be notified separately about any other cases you may have filed.

If you have other questions about possible immigration benefits and services, filing information, or INS forms, please call the INS National Customer Service Center (NCSC) at 1-800-375-5283. If you are hearing impaired, please call the NCSC TDD at 1-800-767-1833.

If you have access to the Internet, you can also visit INS at www.ins.usdoj.gov. Here you can find valuable information about forms and filing instructions, and about general immigration services and benefits. At present, this site does not provide case status information.

INS Office Address:                              INS Customer Service Number:
US IMMIGRATION AND NAT'L/(RATUALIZATION SERVICE  (800) 375-5283
75 LOWER WELDEN STREET
ST ALBANS VT 05479-

APPLICANT COPY

EXHIBIT B

Form N-652 (Rev. 10/93)

Immigration and Naturalization ~~~~~~~~~~ fee

NAZIR AHMAD
A#0 ~~~~~~~~~

On ____ you were interviewed by INS Officer CHRISTMAS.

☑ You passed the tests of English and U.S. history and government.

☐ You passed the tests of U.S. history and government and the English language requirement was waived.

☐ The Service has accepted your request for a Disability Exception. You are exempted from the requirement to demonstrate English language ability and/or knowledge of U.S. history and government.

☐ You will be given another opportunity to be tested on your ability to ____ speak/ ____ read ____ /write English.

☐ You will be given another opportunity to be tested on your knowledge of U.S. history and government.

☐ Please follow the instructions on the Form N-14.
☐ INS will send you a written decision about your application.

☐ You did not pass the second and final test of your ☐ English ability / ☐ Knowledge of U.S. History and Government. You will not be rescheduled for another interview for this N-400. INS will send you a written decision about your application.

A) ☑ Congratulations! Your application has been recommended for approval. At the time, it appears that you have established your eligibility for naturalization. If final approval is granted, you will be notified when and where to report for the Oath Ceremony.

B) ☐ A decision cannot yet be made about your application.

**It is very important that you:**

✓ Notify INS if you change your address.
✓ Come to any scheduled interview.
✓ Submit all requested documents.
✓ Send any questions about this application in writing to the officer named above. Include your full name, A-number, and a copy of this paper.
✓ Go to any oath ceremony that you are scheduled to attend.
✓ Notify INS as soon as possible in writing if you cannot come to any scheduled interview or oath ceremony. Include a copy of this paper and a copy of the scheduling notice.

☒ Wait for the Letter: Time: ____
☐ Do not wait for the Letter
You will be notified by mail. Time: ____

# EXHIBIT C

# U.S. Department of Homeland Security
## Citizenship and Immigration Services

# Fingerprint Notification

Nazir Ahmad
615 Westminster Road Apt 6B
Brooklyn, New York 11230

Date: August 31, 2005

A Number: 046-949-261

DOB: 9-10-79

Dear Applicant:

To continue processing your N-400 application, INS must send your fingerprints to the Federal Bureau of investigation. If you were between the ages of 14 and 75 at the time of filing, you must have your fingerprints taken at an INS Application Support Center (ASC). You have been scheduled for fingerprinting at the location listed below:

**Address**
US Citizenship & Immigration Services
227 Livingston Street
Brooklyn, NY 11201

| Hours of Operation | |
| --- | --- |
| Sunday & Monday | Closed |
| Tuesday – Saturday | 8am |

*Also Closed On Federal Holiday*

## You are scheduled to be fingerprinted September 13, 2005 @ 1:00 PM

If you cannot go to the INS ASC on your scheduled date, you must request another appointment in writing to the address below within 7 days after you have received this letter. You must have your fingerprints taken within 87 days from the date of this notice. If you do not have your fingerprints taken within that period, your application or petition may be considered abandoned and denied. Please do not appear before your scheduled date.

When you go to have your fingerprints taken, you must bring:

1) **This Letter;** and
2) **Your Alien Registration Card (ARC).** If you do not have your ARC, you must bring alternative photo identification such as passport, valid driver's license, national ID, State-issued photo ID, or other INS-issued photo ID.

Please be reminded that you must bring this letter and proper photo identification mentioned above to have your fingerprints taken, without them the INS ASC will not take your fingerprints. This will delay in the processing of your application.

Please inform the office listed below immediately of any address change.

U. S. Citizenship and Immigration Services
711 Stewart Avenue
Garden City, New York 11530

OFFICER:

# EXHIBIT D

U.S. Citizenship and Immigration Services

U.S. Department of Homeland Security
Jacob Javits Federal Building
26 Federal Plaza
New York,NY 10278

**U.S. Citizenship and Immigration Services**

Friday, September 23, 2005

NAZIR AHMAD
615 WESTMINSTER RD
APT 6B
BROOKLYN NY 11230

Dear NAZIR AHMAD:

On 07/22/2005 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | The petitioner |
| **Attorney Name:** | Information not available |
| **Case type:** | N400 |
| **Filing date:** | 01/22/2004 |
| **Receipt #:** | |
| **Beneficiary (if you filed for someone else):** | AHMAD, NAZIR |
| **Your USCIS Account Number (A-number):** | A046969261 |
| **Type of service requested:** | Case Status - Outside Processing Time |

The status of this service request is:

The processing of your case has been delayed. We are currently awaiting the results of required security checks on this case. These background checks are required of all who apply for the immigration benefit you are seeking. We will make every effort to make a decision on this case as soon as the security checks are complete. If you do not receive a decision or other notice of action from us within 6 months of this letter, please contact us by calling our customer service number provided below.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call us again.

U.S. Citizenship and Immigration Services

U.S. Department of Homeland Security
Jacob Javits Federal Building
26 Federal Plaza
New York, NY 10278



**U.S. Citizenship and Immigration Services**

Thursday, July 13, 2006

NAZIR AHMAD
615 WESTMINSTER RD
APT 6B
BROOKLYN NY 11230

Dear NAZIR AHMAD:

On 04/13/2006 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | The petitioner |
| **Attorney Name:** | Information not available |
| **Case type:** | N400 |
| **Filing date:** | 01/22/2004 |
| **Receipt #:** | |
| **Beneficiary (if you filed for someone else):** | |
| **Your USCIS Account Number (A-number):** | A046969261 |
| **Type of service requested:** | AHMAD, NAZIR |
| | Case Status - Outside Processing Time |

The status of this service request is:

The processing of your case has been delayed. A check of our records establishes that your case is not yet ready for decision, as the required investigation into your background remains open.

Until the background investigation is completed, we cannot move forward on your case. These background checks are required to be completed on all applicants who apply for the immigration benefit you are seeking. We will make every effort to make a decision on this case as soon as the background checks are complete. If you do not receive a decision or other notice of action from us within 6 months of this letter, please contact us by calling our customer service number provided below.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call us again.

U.S. Citizenship and Immigration Services

EXHIBIT E

# Notice of Action



THE UNITED STATES OF AMERICA

Receipt with Exception

| CASE TYPE | | | |
|---|---|---|---|
| N400 Application For Naturalization | | | |
| APPLICATION NUMBER ESC*0011514062 | RECEIVED DATE January 23, 2004 | PRIORITY DATE January 23, 2004 | NOTICE DATE February 25, 2004 |
| APPLICANT NAME AND MAILING ADDRESS | | INS A# A 046 969 260 | |
| MUNIR AHMAD 615 WESTMINSTER RD #6B BROOKLYN NY 11230 | | | PAGE 1 of 1 |

**PAYMENT INFORMATION:**

| | |
|---|---|
| Single Application Fee: | $310.00 |
| Total Amount Received: | $310.00 |
| Total Balance Due: | $0.00 |

The above application has been received by our office and is in process, but has been noted with one or more of the following exception(s):

Missing Evidence(s) – your application was missing evidence(s) that you will need to provide at the time of your naturalization interview. You will be notified under separate notice of the necessary evidence(s) that you will be required to bring to your interview. Do not submit any evidence(s) by mail.

Our records indicate your personal information is as follows:

Date of Birth:  March 08, 1985
Address Where You Live:  615 WESTMINSTER RD #6B
BROOKLYN NY 11230

Please verify your personal information listed above and immediately notify our office at the address or phone number listed below if there are any changes.

You will be notified of the date and place of your interview when you have been scheduled by the local INS office. You should expect to be notified within 540 days of this notice.

**IMPORTANT NOTICE:**

All naturalization applicants who were between the ages of 14-75 at the time of filing must have their fingerprints taken at an INS Application Support Center (ASC) so they can be submitted to the Federal Bureau of Investigation for a criminal history check. If we received your application without a fingerprint card (FD-258), or your fingerprint card was received on or after December 3, 1997, you will need to go to an ASC to be fingerprinted. Do not have your fingerprints taken elsewhere. You will receive a notice that will provide you with information about when and where to go to have your fingerprints taken, and what you will need to bring with you. Please inform the office listed below immediately of any address changes.

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address of customer service number. You will be notified separately about any other cases you may have filed.

If you have other questions about possible immigration benefits and services, filing information, or INS forms, please call the INS National Customer Service Center (NCSC) at 1-800-375-5283. If you are hearing impaired, please call the NCSC TDD at 1-800-767-1833.

If you have access to the Internet, you can also visit INS at www.ins.usdoj.gov. Here you can find valuable information about forms and filing instructions, and about general immigration services and benefits. At present, this site does not provide case status information.

**INS Office Address:**
US IMMIGRATION AND NATURALIZATION SERVICE
75 LOWER WELDEN STREET
ST ALBANS VT 05479.

**INS Customer Service Number:**
(800) 375-5283

APPLICANT COPY

Department of Homeland Security
U.S. Citizenship and Immigration Services

# I-797C, Notice of Action

**THE UNITED STATES OF AMERICA**

Request for Applicant to Appear for Naturalization Initial Interview

| CASE TYPE | | | | | |
|---|---|---|---|---|---|
| N400 Application For Naturalization | | | | | |
| APPLICATION NUMBER | RECEIVED DATE | PRIORITY DATE | NOTICE DATE | INS A# | PAGE |
| ESC*0011154062 | January 23, 2004 | January 23, 2004 | December 09, 2004 | A 096 996 260 | 1 of 1 |

| APPLICANT NAME AND MAILING ADDRESS | Please come to: |
|---|---|
| MUNIR AHMAD | US IMMIGRATION & NATURALIZATION SERVICE |
| 615 WESTMINSTER RD #6B | 7711 STEWART AVENUE |
| BROOKLYN NY 11230 | USINS - CUSA |
| | MAIN ROOM |
| | GARDEN CITY NY 11530 |

On (Date): Friday, April 08, 2005    At (Time): 09:55 AM.

You are hereby notified to appear for an interview on your Application for Naturalization at the date, time, and place indicated above. Waiting room capacity is limited. Please do not arrive any earlier than 30 minutes before your scheduled appointment time. The proceeding will take about two hours. If for any reason you cannot keep this appointment, return this letter immediately to the INS office address listed below with your explanation and a request for a new appointment; otherwise, no further action will be taken on your application.

If you are applying for citizenship for yourself, you will be tested on your knowledge of the government and history of the United States. You will also be tested on reading, writing, and speaking English, unless on the day you filed your application, you have been living in the United States for a total of 15 years as a lawful permanent resident and are over 55 years old, or unless you have been living in the United States for a total of 20 years as a lawful permanent resident and are over 50 years old, or you have a medically determinable disability (you must have filed form N648 Medical Certification for Disability Exception, with your N400 Application for Naturalization).

**You MUST BRING the following with you to the interview:**
- This letter.
- Your Alien Registration Card (green card).
- Any evidence of Selective Service Registration.
- Your passport and/or any other documents you used in connection with any entries into the United States.
- Those items noted below which are applicable to you.

**If applying for NATURALIZATION AS THE SPOUSE of a United States Citizen:**
- Your marriage certificate.
- Proof of death or divorce for each prior marriage of yourself or spouse.
- Your spouse's birth or naturalization certificate or certificate of citizenship.

**If applying for NATURALIZATION as a member of the United States Armed Forces:**
- Your discharge certificate, or form DD 214.

If copies of a document were submitted as evidence with your N400 application, the originals of those documents should be brought to the interview.

**PLEASE keep this appointment, even if you do not have all the items indicated above.**

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number. You will be notified separately about any other cases you may have filed.

INS Office Address:
US IMMIGRATION AND NATURALIZATION SERVICE
7TH FLOOR ROOM I-700
26 FEDERAL PLAZA
NEW YORK NY 10278

INS Customer Service Number:
(800) 375-5283

APPLICANT COPY

# EXHIBIT F

Immigration and Naturalization Service

**Naturalization Interview Results**

A#0

On ___ you were interviewed by INS Officer O'Flaherty.

☐ You passed the tests of English and U.S. history and government.

☐ You passed the tests of U.S. history and government and the English language requirement was waived.

☐ The Service has accepted your request for a Disability Exception. You are exempted from the requirement to demonstrate English language ability and/or knowledge of U.S. history and government.

☐ You will be given another opportunity to be tested on your ability to ___ speak/ ___ read /Write English.

☐ You will be given another opportunity to be tested on your knowledge of U.S. history and government.

☐ Please follow the instructions on the Form N-14.

☐ INS will send you a written decision about your application.

☐ You did not pass the second and final test of your ☐ English ability / ☐ Knowledge of U.S. History and Government. You will not be rescheduled for another interview for this N-400. INS will send you a written decision about your application.

A) ☑ ___ Congratulations! Your application has been recommended for approval. At the time, it appears that you have established your eligibility for naturalization. If final approval is granted, you will be notified when and where to report for the Oath Ceremony.

B) ☐ ___ A decision cannot yet be made about your application.

**It is very important that you:**

✔ Notify INS if you change your address.

✔ Come to any scheduled interview.

✔ Submit all requested documents.

✔ Send any questions about this application in writing to the officer named above. Include your full name, A-number, and a copy of this paper.

✔ Go to any oath ceremony that you are scheduled to attend.

✔ Notify INS as soon as possible in writing if you cannot come to any scheduled interview or oath ceremony. Include a copy of this paper and a copy of the scheduling notice.

☐ Wait for the Letter: Time: ___

☑ Do not wait for the Letter

☑ You will be notified by mail. Time: ___

# EXHIBIT G

U.S. Department of Justice

Immigration and Naturalization Service

OMB No.1115-0052

Notice of Naturalization Oath Ceremony

AR #

A046969260    ESC*00154062

Date

April 08, 2005

APPLICANT COPY

MUNIR AHMAD
615 WESTMINSTER RD #6B
BROOKLYN NY 11230

You are hereby notified to appear for a Naturalization Oath Ceremony on:

Friday, April 22 2005

at:    US DISTRICT COURT EASTERN DISTRICT
225 CADMAN PLAZA
BROOKLYN, NY 11201
US EASTERN DISTRICT COURT- CISNY, 2ND FLOOR, GATE 1

Please report promptly at    8:00 AM    M.

You must bring the following with you:

[X] This letter, WITH ALL OF THE QUESTIONS ON THE OTHER SIDE ANSWERED IN INK OR ON A TYPEWRITER.
[X] Alien Registration Card.
[X] Reentry Permit, or Refugee Travel Document.
[X] Any Immigration documents you may have.
[X] If the naturalization application is on behalf of your child (children), bring your child (children).
[ ] Other

Proper attire should be worn.

If you cannot come to this ceremony, return this notice immediately and state why you cannot appear. In such case, you will be sent another notice of ceremony at a later date. You must appear at an oath ceremony to complete the naturalization process.

Form N-445 (Rev. 1/8/92)    (SEE OTHER SIDE)

In connection with your application for naturalization, please answer each of the questions by checking "Yes" or "No". You should answer these questions the day you are to appear for the citizenship oath ceremony. These questions refer to actions since the date you were first interviewed on your Application for Naturalization. They do not refer to anything that happened before that interview.

After you have answered every question, sign your name and fill in the date and place of signing, and provide your current address.

You must bring this completed questionnaire with you to the oath ceremony, as well as the documents indicated on the front, and give them to the Immigration employee at the oath ceremony. You may be questioned further on your answers at that time.

AFTER the date you were first interviewed on your Application for Naturalization, Form N-400.

**ANSWERS**

1. Have you married, or been widowed, separated, or divorced? (If "Yes," please bring documented proof of marriage, death, separation or divorce.)   ☐ Yes ☒ No

2. Have you traveled outside the United States?   ☐ Yes ☒ No

3. Have you knowingly committed any crime or offense, for which you have not been arrested; or have you been arrested, cited, charged, indicted, convicted, fined, or imprisoned for breaking or violating any law or ordinance, including traffic violations?   ☐ Yes ☒ No

4. Have you joined any organization, including the Communist Party, or become associated or connected therewith in any way?   ☐ Yes ☒ No

5. Have you claimed exemption from military service?   ☐ Yes ☒ No

6. Has there been any change in your willingness to bear arms on behalf of the United States; to perform non-combatant service in the armed forces of the United States; to perform work of national importance under civilian direction, if the law requires it?   ☐ Yes ☒ No

7. Have you practiced polygamy; received income from illegal gambling; been a prostitute, procured anyone for prostitution or been involved in any other unlawful commercialized vice; encouraged or helped any alien to enter the United States illegally; illicitly trafficked in drugs or marihuana; given any false testimony to obtain immigration benefits; or been a habitual drunkard?   ☐ Yes ☒ No

I certify that each of the answers shown above were made by me or at my direction, and that they are true and correct.

Signed at _____ , on _____
(City and State)                              (Date)

_____
(Full Signature)

_____
(Full Address and ZIP Code)

Authority for collection of the information requested on Form N-445 is contained in Sections 1010, 316, 332, 335 and 336 of the Immigration and Nationality Act (8 U.S.C. 1101 (f), 1427, 1443, 1446 and 1447). Submission of the information is voluntary. The principal purposes for requesting the information are to enable examiners of the Immigration and Naturalization Service to determine an applicant's eligibility for naturalization. The information requested may, as a matter of routine use, be disclosed to naturalization courts and to other federal, state, local or foreign law enforcement and regulatory agencies, the Department of Defense, including any component thereof, the Selective Service System, the Department of State, the Department of the Treasury, the Department of Transportation, Central Intelligence Agency, Interpol and individuals and organizations in the processing of any application for naturalization, or during the course of investigation to elicit further information required by the Immigration and Naturalization Service to carry out its functions. Information solicited which indicates a violation or potential violation of law, whether civil, criminal, or regulatory in nature, may be referred, as a routine use, to the appropriate agency, whether federal, state, local or foreign, charged with the responsibility of investigating, enforcing or prosecuting such violations. Failure to provide all or any of the requested information may result in a denial of the application for naturalization.

Public Reporting burden for this collection of information is estimated to average 5 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden to: U.S. Department of Justice, Immigration and Naturalization Service, (Room 5304) and to the Office of Management and Budget, Paperwork Reduction Project, OMB No. 1115-0052, Washington, DC 20536.

EXHIBIT H

CORE · SACE METADATA, CITATION, AND SIMILAR PAPERS AT · provided by · CORE

# THE UNITED STATES OF AMERICA

## NATURALIZED CITIZEN

No. 28 806 035

*Personal description of holder as of date of naturalization.*

*Date of birth:* **MARCH 08, 1985**

*Sex:* **MALE**

*Height:* **5** *feet* **10** *inches*

*Marital status:* **SINGLE**

*Country of former nationality:*
**PAKISTAN**

OEZORGE MINOER



CIS Registration No: **A046969260**

*I certify that the description given is true, and that the photograph affixed hereto is a likeness of me.*

Munir AHMAD
*(Complete and true signature of holder)*

*Be it known that, pursuant to an application filed with the Secretary of Homeland Security*

*at:* **NEW YORK, NEW YORK**

*The Secretary having found that:*

**MUNIR AHMAD**

*then residing in the United States, intends to reside in the United States when so required by the Naturalization Laws of the United States, and had in all other respects complied with the applicable provisions of such naturalization laws, and was entitled to be admitted to citizenship, such person having taken the oath of allegiance in a ceremony conducted by the*

**US DISTRICT COURT EASTERN DISTRICT**

*at:* **BROOKLYN, NEW YORK**      *on:*

*that such person is admitted as a citizen of the United States of America.*

Director, U.S. Citizenship and Immigration Services

FORM N-550 (Rev. 4/06)

IT IS PUNISHABLE BY U S LAW TO COPY, PRINT OR PHOTOGRAPH THIS CERTIFICATE, WITHOUT LAWFUL AUTHORITY.

DEPARTMENT OF HOMELAND SECURITY

EXHIBIT I

Home   Contact Us   Site Map   FAQ

Search

Advanced Search

Services & Benefits   Immigration Forms   Laws & Regulations   About USCIS   Education & Resource   Press Room

Print This Page     Back

## U.S. Citizenship and Immigration Services
## New York City NY Processing Dates
## Posted January 17, 2007

**Notice:** U.S. Citizenship and Immigration Services (USCIS) has improved the reporting procedure for processing times of immigration benefit applications. In the past, USCIS benefit processing reports indicated the specific type of applications or petitions that were being processed and the date the cases were received. However, the date the case was received did not provide a clear indication of when USCIS expected to complete the case, nor did it provide a clear indication of USCIS' commitment to process cases within a certain cycle time. It also did not align with the processing times and cycle times the agency reports in other contexts.

This improved reporting procedure is an effort to give our customers more accurate information that better reflects current processing time and USCIS service level commitments. Effective immediately, when we are completing applications and petitions within our service level goals we will report that as the processing time. For example, when our service level goal is to process a particular kind of case within six months, and if our processing time is six months or less, we will show a date consistent with our service level goal because that reflects our commitment.

When we are not meeting our service level goal, the date posted will reflect the filing date of cases that are being completed. It should be noted that while in some instances reported processing dates may appear to have regressed due to this change, they do not reflect a lengthening of USCIS processing times, but simply the change in reporting. Our goal is to provide accurate projections and thus give customers clear expectations as to what they can expect as a processing time.

**There are several important exceptions to the processing times shown below:**

- Case processing will be delayed if we must ask you for more evidence or information.
  If we ask for missing required initial evidence, count the processing time from when we receive that missing evidence.
- The case processing timeframe will start over if a customer doesn't appear for an interview or asks that it be rescheduled.

**What if I have a problem or have questions about a case?**

We offer a variety of services after you file. For most kinds of cases you can check the status of your case online.

For more information about when and how to contact us, whether your case is outside our processing time or if there are other issues, please see our fact sheet –

Case Services - How do I... know what kind of services are available to me after I file my application or petition?

One additional point about these projections. They are the time to complete processing and mail the actual notice and/or document. If you check case status online and see that your case has been approved, and you haven't yet received your approval notice or document in the mail, we ask that you wait thirty days from the approval date before contacting us. That is because it may take that long before it is returned to us as undeliverable. You can also print the case status online answer for your records.

District Office Processing Dates for **New York City NY** Posted January 17, 2007

| Form | Form Name | Now Processing Cases with Receipt Notice Date of: |
|---|---|---|
| I-131 | Application for Travel Documents | October 16, 2006 |
| I-485 | Application to Register Permanent Residence or Adjust Status | January 04, 2006 |
| I-600 | Petition to Classify Orphan as an Immediate Relative | October 07, 2006 |
| I-600A | Application for Advance Processing of Orphan Petition | October 07, 2006 |
| I-765 | Application for Employment Authorization | October 30, 2006 |
| N-400 | Application for Naturalization | June 15, 2006 |
| N-600 | Application for Certification of Citizenship | July 17, 2006 |



Print This Page    Back

02-19-2007 04:50 PM EST

U.S. Department of Homeland Security

STEPHEN REICH, PH.D., P.C.
141 EAST 55TH STREET
NEW YORK, NEW YORK 10022
(212) 888-6108

March 27, 2007

Rahul Manchanda, Esq.
14 Wall Street, Suite 2057
New York, NY 10005

Re:    **Nazir Ahmad**

Dear Mr. Manchanda:

Please find enclosed my psychological evaluation report on Nazir Ahmad.

Should you desire further assistance with this matter, please do not hesitate to contact me.

Sincerely,

Stephen Reich, Ph.D.

SR:tj

Enc.

STEPHEN REICH, PH.D., P.C.
1-11 EAST 55TH STREET
NEW YORK, NEW YORK 10022
(212) 935-6130

AFFIDAVIT OF

Stephen Reich, Ph.D.

IN THE MATTER OF

**Nazir Ahmad**

| | |
|---|---|
| DATE OF INTERVIEW: | March 26, 2007 |
| DATE OF REPORT: | March 27, 2007 |

I, Stephen Reich, Ph.D., hereby swear and affirm the following:

1. I am a licensed psychologist in private practice in the State of New York. My New York State license number is: 004511.

2. I earned the following academic degrees:

| | |
|---|---|
| B.A. | Columbia College |
| J.D. | Columbia University Law School |
| M.B.A. | Columbia University Graduate School of Business |
| M.A. in Psychology | Fordham University |
| Ph.D. in Clinical Psychology | Fordham University |

3. I was a United States Public Health Fellow at Fordham University.

4. I was a Postdoctoral Clinical Psychology Fellow at The New York Hospital-Cornell University Medical Center (Payne Whitney Psychiatric Clinic).

5. Since 1972, I have been a faculty member of the Department of Psychiatry (Division of Psychology) of Weill Medical College of Cornell University, and an Assistant Attending Psychologist at New York Presbyterian Hospital (Payne Whitney Psychiatric Clinic.)

6. I am a member of the American College of Forensic Psychology, the American Psychological Association, the New York State Psychological Association, and the National Register of Health Services Providers.

7. From 1965-1968, I was an Assistant Attorney General of the State of New York.

8. From 1965-1972, I was a Lieutenant, Judge Advocate General Corps, of the United States Naval Reserve.

2

9.   On March 26, 2007, I interviewed Mr. Nazir Ahmad for a psychological evaluation and report. He was referred by his attorney, Rahul Manchanda, Esq.

10.   The following is based upon my interview.

11.   **Interview of Nazir Ahmad:**

Mr. Nazir Ahmad was born in Pakistan on September 10, 1979, and is now a legal permanent resident of the United States. He is a man of average height and weight, who looks his chronological age. His intelligence is within normal limits, and there is no evidence of any cognitive deficits. He was oriented to time, place and person, and his facial expressions, gestures and body language reflected his account. During the interview, he was obviously nervous, anxious and jittery as he described the impact of being separated from his wife, Saima Bibi, whom he married in January 2006, and from whom he has now been separated for one year, since he returned to the United States, at the end of March 2006. His affect as he described his separation from his wife was depressive in nature. He was cooperative, direct and honest.

Nazir Ahmad lives with his parents, brother and sister in an apartment in Brooklyn, New York, and works as a food vendor. He graduated from high school in Pakistan, and has lived in the United States since 1999. Through an arranged marriage, he married Saima Bibi in Pakistan, in January 2006. He lived with her in Pakistan for the next three months, until he returned to the United States in March 2006. Since then, he has been limited to telephone communication with her. He told me that both he and his wife become extremely upset and both of them cry when they speak on the phone, because they wish to begin life together in the United States and have a family. He said, "This is why we got married." He feels that his life, at this point, is pointless and has no meaning. He finds himself living with his family as if he were single, when his desire is to grow and evolve and begin a family of his own. Simply put, as a direct result of being separated from his wife, with whom he has only been able to live with for three months, in Pakistan, he has become both anxious and depressed. He said that he has difficulty falling asleep at night, and wakes up on many occasions during the night. His appetite is poor and he has lost 5-8 pounds. He has difficulty focusing, concentrating and paying attention, is sad much of the time, chronically anxious, and, as noted above, has crying spells when he speaks with his wife. There is no evidence of suicidal ideation.

**DIAGNOSIS OF NAZIR AHMAD**

**Adjustment Disorder with Mixed Anxiety and Depressed Mood (309.28)** (Diagnostic and **Statistical Manual of Mental Disorders, Fourth Edition, the American Psychiatric Association**)

I.   The symptoms of this disorder are clinically significant as evidenced by either:

a)   marked distress that is in excess of what would be expected from exposure to the stressor, or

3

      b)      significant impairment in social, occupational, or academic functioning.

    2.      The symptoms do not represent bereavement.

    3.      Once the stressor (or its consequences) has terminated, the symptoms do not persist for more than an additional six months.

Over time, Mr. Ahmad depressive symptomatology will continue to grow the longer he remains separated from his wife, Saima Bibi.

**SUMMARY**

It is my professional opinion as a psychologist that Nazir Ahmad has developed an Adjustment Disorder with Mixed Anxiety and Depressed Mood as a direct result of living separate and apart from his wife, Saima Bibi, who is still living in Pakistan. His symptoms include sleep disturbance, poor appetite, weight loss, difficulty focusing and concentrating, persistent sadness, chronic anxiety, and crying spells. There is no evidence of suicidal ideation.

Nazir Ahmad is presently living a life without meaning, content or purpose. He got married because he wishes to have a family, and finds himself separated from his wife for one year, with no resolution of his conflict in sight. In my opinion, it represents an extreme hardship to Nazir Ahmad to continue a life of separation from his new wife, who continues to live in Pakistan. It would clearly be in his best interest if Saima Bibi could join him in the United States.

March 27, 2007

Signed under penalty of perjury under the Laws of the State of New York.

Stephen Reich, Ph.D.

DHANSINGHANI PRAKASH K
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01DH60509993
Qualified in NASSAU COUNTY
COMMISSION EXP.