IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*manchand*

Nazir Ahmed
Plaintiff(s)

Case Number: 07 CV 2847 Judge Sweet

vs

Mr. Michael Chertoff, et al
Defendant(s)

### AFFIDAVIT OF SERVICE

I, Rosanna Settles, hereby certify that on June 16, 2007 at 12:18 PM, I executed service of process upon **US DEPARTMENT OF HOMELAND SECURITY** at Office of the General Counsel, 245 Murray Dr SW, Building 410, Washington, DC 20528, by certified mail as instructed by office staff, copies of Summons and Complaint in a Civil Action, Exhibits..

The undersigned further certifies that my place of business is: 88-08 Little Neck Parkway, Floral, NY 11001; that I am 64 years of age, Date of Birth 3/10/1943; and that I am not a party to this action.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on June 18, 2007.

Date June 18, 2007.

_Rosanna Settles_
Rosanna Settles

WASHINGTON, THE DISTRICT OF COLUMBIA
Subscribed and sworn to before me on June 18, 2007.

My Commission Expires: 11/30/08

Ref.# 77289

ID # 528114

**AFFIDAVIT OF SERVICE**

Marchand

528115

COURT: UNITED STATES DISTRICT COURT
COUNTY: SOUTHERN

INDEX NO: 2847/07
EPS NO: 516152

AHMED, NAZIR

Plaintiff(s)

- vs. -

MR MICHAEL CHERTOFF, ET AL

Defendant(s)

State of __District of Columbia__, County of _____ ss.: __Alex M. Hernandez__
being duly sworn, deposes and says that deponent is over 18 years of age and not a party to this action; that on, __June 15, 2007__ at approximately __12:01pm__ at J. EDGAR HOOVER BUILDING, 935 PENNSYLVANIA AVENUE NW, WASHINGTON, DC 20535 deponent served the SUMMONS & COMPLAINT IN A CIVIL ACTION annexed on ROBERT S. MUELLER III in the following manner:

☐ Individual — By delivering a true copy thereof to said recipient personally; deponent knew the person so served to be the described therein.

☐ Corporation — By delivering to and leaving with _____ who stated ☐ he ☐ she was authorized to accept on behalf of said corporation.

☒ Responsible Person — By delivering to and leaving with __Danielle Mizer, Assistant General Counsel__ a true copy thereof, a person of suitable age and discretion. Said premises being the recipients [ ] dwelling place [ ] usual place of abode ☒ place of business within the State of ~~New York~~ District of Columbia

☐ Affixing to Door — By affixing a true copy thereof to the door of said premises, which is recipients [ ]dwelling place [ ]usual place of abode [ ]place of business within the State of New York. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, thereat, having called thereon:

☐ Mail — A true copy thereof was also deposited on _____ in a postpaid, properly addressed envelope, to the above address, bearing the legend "Personal and Confidential", in an official depository under the exclusive care and custody of the United States Postal Service.

☒ Description

| | | | | | |
|---|---|---|---|---|---|
| ☐ Male | ☒ White Skin | ☒ Black Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
| ☒ Female | ☐ Black Skin | ☐ Brown Hair | ☒ 21-35 Yrs. | ☐ 5'0"-5'3" | ☒ 100-130 Lbs. |
| | ☐ Yellow Skin | ☐ Blond Hair | ☐ 36-50 Yrs. | ☒ 5'4"-5'8" | ☐ 131-160 Lbs. |
| | ☐ Brown Skin | ☐ Gray Hair | ☐ 51-65 Yrs. | ☐ 5'9"-6'0" | ☐ 161-200 Lbs. |
| | ☐ Red Skin | ☐ Red Hair | ☐ Over 65 Yrs. | ☐ Over 6' | ☐ Over 200 Lbs. |

To my best knowledge, information and belief the said defendant at the time of service was not engaged in military service of the United States. At time of service the index number and date of filing were on the **SUMMONS & COMPLAINT IN A CIVIL ACTION**

Sworn to before me on __June 18, 2007__

Rosanna Settles
10-31-2011

Server __Alex M. Hernandez__

NP

**ELITE PROCESS SERVERS * 88-08 Little Neck Parkway, Floral Park, NY 11001**

# AFFIDAVIT OF SERVICE

marchanda

**528118**

COURT: UNITED STATES DISTRICT COURT
COUNTY: SOUTHERN

INDEX NO: 2847/07
EPS NO: 516152

---

AHMED, NAZIR

Plaintiff(s)

- vs. -

MR MICHAEL CHERTOFF, ET AL

Defendant(s)

---

State of _District of Columbia_, County of _____ ss.: _Alex M. Hernandez_ being duly sworn, deposes and says that deponent is over 18 years of age and not a party to this action; that on, _June 15, 2007_ at approximately _12:10pm_ at 950 PENNSYLVANIA AVENUE NW, WASHINGTON, DC 20530 deponent served the SUMMONS & COMPLAINT IN A CIVIL ACTION annexed on ALBERTO GONZALES in the following manner:

☐ **Individual** — By delivering a true copy thereof to said recipient personally; deponent knew the person so served to be the described therein.

☐ **Corporation** — By delivering to and leaving with _____ who stated ☐ he ☐ she was authorized to accept on behalf of said corporation.

☒ **Responsible Person** — By delivering to and leaving with _Albert Mason, clerk_ a true copy thereof, a person of suitable age and discretion. Said premises being the recipients [ ] dwelling place [ ] usual place of abode [☒] place of business within the State of ~~New York~~ District of Columbia

☐ **Affixing to Door** — By affixing a true copy thereof to the door of said premises, which is recipients [ ] dwelling place [ ] usual place of abode [ ] place of business within the State of New York. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, thereat, having called thereon:

☒ **Mail** — A true copy thereof was also deposited on _6/18/07_ in a postpaid, properly addressed envelope, to the above address, bearing the legend "Personal and Confidential", in an official depository under the exclusive care and custody of the United States Postal Service.

☒ **Description**

| | | | | | |
|---|---|---|---|---|---|
| ☒ Male | ☐ White Skin | ☒ Black Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
| ☐ Female | ☒ Black Skin | ☐ Brown Hair | ☐ 21-35 Yrs. | ☐ 5'0"-5'3" | ☐ 100-130 Lbs. |
| | ☐ Yellow Skin | ☐ Blond Hair | ☐ 36-50 Yrs. | ☐ 5'4"-5'8" | ☐ 131-160 Lbs. |
| | ☐ Brown Skin | ☐ Gray Hair | ☒ 51-65 Yrs. | ☒ 5'9"-6'0" | ☐ 161-200 Lbs. |
| | ☐ Red Skin | ☐ Red Hair | ☐ Over 65 Yrs. | ☐ Over 6' | ☒ Over 200 Lbs. |

To my best knowledge, information and belief the said defendant at the time of service was not engaged in military service of the United States. At time of service the index number and date of filing were on the SUMMONS & COMPLAINT IN A CIVIL ACTION

Sworn to before me on _June 18, 2007_

_Rosanna Settles_
10-31-2011

Server _Alex M. Hernandez_

NP

**ELITE PROCESS SERVERS * 88-08 Little Neck Parkway, Floral Park, NY 11001**

# AFFIDAVIT OF SERVICE

528120

COURT: UNITED STATES DISTRICT COURT
COUNTY: SOUTHERN

INDEX NO: 2847/07
EPS NO: 516152

AHMED, NAZIR

Plaintiff(s)

- vs. -

MR MICHAEL CHERTOFF, ET AL

Defendant(s)

State of District of Columbia, County of _____ ss.: Alex M. Hernandez

being duly sworn, deposes and says that deponent is over 18 years of age and not a party to this action; that on, June 15, 2007 at approximately 12:01pm at J. EDGAR HOOVER BUILDING, 935 PENNSYLVANIA AVENUE NW, WASHINGTON, DC 20535 deponent served the SUMMONS & COMPLAINT IN A CIVIL ACTION annexed on GENERAL COUNSEL'S OFFICE in the following manner:

[ ] **Individual** — By delivering a true copy thereof to said recipient personally; deponent knew the person so served to be the described therein.

[ ] **Corporation** — By delivering to and leaving with _____ who stated [ ]he [ ]she was authorized to accept on behalf of said corporation.

[X] **Responsible Person** — By delivering to and leaving with Danielle Mizer, Assistant General Counsel a true copy thereof, a person of suitable age and discretion. Said premises being the recipients [ ] dwelling place [ ] usual place of abode [ ] place of business within the State of New York.

[ ] **Affixing to Door** — By affixing a true copy thereof to the door of said premises, which is recipients [ ]dwelling place [ ]usual place of abode [ ]place of business within the State of New York. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, thereat, having called thereon:

[ ] **Mail** — A true copy thereof was also deposited on _____ in a postpaid, properly addressed envelope, to the above address, bearing the legend "Personal and Confidential", in an official depository under the exclusive care and custody of the United States Postal Service.

[X] **Description**
- [ ] Male  [X] Female
- [X] White Skin  [ ] Black Skin  [ ] Yellow Skin  [ ] Brown Skin  [ ] Red Skin
- [ ] Black Hair  [X] Brown Hair  [ ] Blond Hair  [ ] Gray Hair  [ ] Red Hair
- [ ] 14-20 Yrs.  [ ] 21-35 Yrs.  [X] 36-50 Yrs.  [ ] 51-65 Yrs.  [ ] Over 65 Yrs.
- [ ] Under 5'  [ ] 5'0"-5'3"  [X] 5'4"-5'8"  [ ] 5'9"-6'0"  [ ] Over 6'
- [ ] Under 100 Lbs.  [X] 100-130 Lbs.  [ ] 131-160 Lbs.  [ ] 161-200 Lbs.  [ ] Over 200 Lbs.

To my best knowledge, information and belief the said defendant at the time of service was not engaged in military service of the United States. At time of service the index number and date of filing were on the SUMMONS & COMPLAINT IN A CIVIL ACTION

Sworn to before me on June 18, 2007
Rosanna Settles
10-31-2011

Server Alex M. Hernandez

NP

ELITE PROCESS SERVERS * 88-08 Little Neck Parkway, Floral Park, NY 11001



INDEX NO: 2847/07
FILE DATE: 4/9/2007
ATTY: MANCHANDA LAW OFFICES
80 WALL STREET, STE 705
NEW YORK, NY 10005

**UNITED STATES DISTRICT COURT SOUTHERN**

STATE OF NEW YORK: COUNTY OF SOUTHERN

EPS No: 516152
Attorney File No:
Batch No: 0

AHMED, NAZIR                                                                                           Plaintiff(s)

- against -

MR MICHAEL CHERTOFF, ET AL                                                           Defendant(s)

**STATE OF NEW YORK, COUNTY OF QUEENS: SS:**
YOLER JEAN BAPTISTE BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 6/5/2007 at 11:00AM at FEDERAL BUREAU OF INVESTIGATIONS, 26 FEDERAL PLAZA, 23RD FLOOR, NEW YORK, NY 10278 deponent served the within SUMMONS & COMPLAINT IN A CIVIL ACTION on MARK MERSHON, DIRECTOR IN CHARGE. At time of service the index number and date of filing were on the SUMMONS & COMPLAINT IN A CIVIL ACTION

**SUITABLE AGE PERSON**
Service was made in the following manner after your deponent was unable with due diligence to serve the defendant in person. By delivering a true copy of the thereof to and leaving with PAMELA MCGOVERN, ASSISTANT DIVISON COUNSEL,AUTHORIZED TO ACCEPT ON BEHALF a person of suitable age and discretion at FEDERAL BUREAU OF INVESTIGATIONS, 26 FEDERAL PLAZA, 23RD FLOOR, NEW YORK, NY 10278, the said premises being the defendants Place of Business within the State of

**MAILING**  First Class Mail
Deponent completed service under the last two sections by depositing 1 Copy of the SUMMONS & COMPLAINT IN A CIVIL ACTION to MARK MERSHON, DIRECTOR IN CHARGE at FEDERAL BUREAU OF INVESTIGATIONS, 26 FEDERAL PLAZA, 23RD FLOOR, NEW YORK, NY 10278 in a postpaid, properly addressed envelope in an official depository under the exclusive care and custody of the United States Post Office in the State of New York on 6/6/2007 via First Class Mail.The mailing was made to the address bearing 'PERSONAL & CONFIDENTIAL' and not indicating 'LEGAL ACTION'.  NP

**A DESCRIPTION OF THE DEFENDANT OR OTHER PERSON SERVED ON BEHALF OF THE DEFENDANT IS AS FOLLOWS:**

Approximate age: 30            Approximate weight: 130            Approximate height: 5'3"
Color of skin: WHITE           Color of hair: BROWN               Sex: F

Military Service ☒  Upon information and belief I aver that the defendant is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on  JUN 0 7 2007

| LUIS A. CRESPO | KEVIN T. MACTIERNAN | ARTAK RAEVSKY | LORRE A. DUNNE |
|---|---|---|---|
| Commissioner of Deeds | NOTARY PUBLIC-STATE OF NEW YORK | NOTARY PUBLIC-STATE OF NEW YORK | NOTARY PUBLIC-STATE OF NEW YORK |
| City of New York No. 4-4920 | No. 01MA6108632 | No. 01RA6123169 | No. 01DU8016358 |
| Certificate Filed in Queens County | Qualified in Nassau County | Qualified in Queens County | Qualified in Queens County |
| Commission Expires Aug. 1, 2007 | Commission Expires 4/19/2008 | Commission Expires 2/28/2009 | Commission Expires 11/16/2010 |

**ELITE PROCESS SERVERS * 88-08 Little Neck Parkway, Floral Park, NY 11001**

|||||
|---|---|---|---|
| 528119 | "A New Tradition in Service" | INDEX NO: 2847/07 | |
| UNITED STATES DISTRICT COURT<br>COUNTY OF SOUTHERN | | EPS NO: 516152 | |

AHMED, NAZIR

                                                             Plaintiff(s)

          - against -

MR MICHAEL CHERTOFF, ET AL

                                                        Defendant(s)

**AFFIDAVIT OF DUE DILIGENCE**
**6/6/2007**

Prepared for the law firm of:
**MANCHANDA LAW OFFICES**

STATE OF NEW YORK, COUNTY OF QUEENS: SS:

I, YOLER JEAN BAPTISTE, an independent process server utilized by Elite Process Servers, Inc., with its principal place of business located at 88-08 Little Neck Pkwy, Floral Pk., N.Y. 11001, being duly sworn deposes and says that:

That I was instructed to effect service of the SUMMONS & COMPLAINT IN A CIVIL ACTION according to the C.P.L.R. on MICHAEL J. GARCIA at , 1 ST. ANDREWS PLAZA, NEW YORK, NY 10007.

In my attempt to effect service on defendant I visited the address stated on the action and was unable with proper due diligence to serve MICHAEL J. GARCIA.

ON MAY 5, 2007 AT 9;45AM THE DEPONENT ATTEMPTED SERVICE UPON THE ABOVE DEFENDANT AT THE ABOVE ADDRESS. THESE DOCUMENTS MUST BE SERVED AT CHAMBERS STREET, NEW YORK, NY.

SWORN TO BEFORE ME THIS 6/6/2007

| LUISA CRESPO<br>Commissioner of Deeds<br>City of New York No. 4-4920<br>Certificate Filed in Queens County<br>Commission Expires Aug 1, 2007 | KEVIN T. MACTIERNAN<br>NOTARY PUBLIC-STATE OF NEW YORK<br>No. 01MA6108532<br>Qualified in Nassau County<br>Commission Expires 4/19/2008 | ARTAK RAEVSKY<br>NOTARY PUBLIC-STATE OF NEW YORK<br>No. 01RA6123189<br>Qualified in Queens County<br>Commission Expires 2/26/2009 | LORRE A. DUNNE<br>NOTARY PUBLIC-STATE OF NEW YORK<br>No. 01DU8016358<br>Qualified in Queens County<br>Commission Expires 11/16/2010 |

ELITE PROCESS SERVERS * 88-08 Little Neck Parkway, Floral Park, NY 11001

```
528119
```

"A New Tradition in Service"

INDEX NO: 2847/07

UNITED STATES DISTRICT COURT
COUNTY OF SOUTHERN

EPS NO: 516152

AHMED, NAZIR

Plaintiff(s)

- against -

MR MICHAEL CHERTOFF, ET AL

Defendant(s)

**AFFIDAVIT OF
DUE DILIGENCE
6/6/2007**

Prepared for the law firm of:
**MANCHANDA LAW OFFICES**

STATE OF NEW YORK, COUNTY OF QUEENS: SS:

I, YOLER JEAN BAPTISTE, an independent process server utilized by Elite Process Servers, Inc., with its principal place of business located at 88-08 Little Neck Pkwy, Floral Pk., N.Y. 11001, being duly sworn deposes and says that:

That I was instructed to effect service of the SUMMONS & COMPLAINT IN A CIVIL ACTION according to the C.P.L.R. on MICHAEL J. GARCIA at , 1 ST. ANDREWS PLAZA, NEW YORK, NY 10007.

In my attempt to effect service on defendant I visited the address stated on the action and was unable with proper due diligence to serve MICHAEL J. GARCIA.

ON MAY 5, 2007 AT 9;45AM THE DEPONENT ATTEMPTED SERVICE UPON THE ABOVE DEFENDANT AT THE ABOVE ADDRESS. THESE DOCUMENTS MUST BE SERVED AT CHAMBERS STREET, NEW YORK, NY.

113936

SWORN TO BEFORE ME THIS 6/6/2007

| LUIS A. CRESPO | KEVIN T. MACTIERNAN | ARTAK RAEVSKY | LORRE A. DUNNE |
|---|---|---|---|
| Commissioner of Deeds | NOTARY PUBLIC-STATE OF NEW YORK | NOTARY PUBLIC-STATE OF NEW YORK | NOTARY PUBLIC-STATE OF NEW YORK |
| City of New York No. 4-4920 | No. 01MA6108632 | No. 01RA6123189 | No. 01DU6016358 |
| Certificate Filed in Queens County | Qualified in Nassau County | Qualified in Queens County | Qualified in Queens County |
| Commission Expires Aug 1, 2007 | Commission Expires 4/19/2008 | Commission Expires 2/28/2009 | Commission Expires 11/16/2010 |

NP

**ELITE PROCESS SERVERS * 88-08 Little Neck Parkway, Floral Park, NY 11001**