MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By:  F. JAMES LOPREST, JR. (FJL:3210)
Special Assistant United States Attorney
86 Chambers Street, 4th Floor
New York, New York 10007
Tel. No.: (212) 637-2728

ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
NAZIR AHMAD,                               :    STIPULATION AND
                                                ORDER OF TRANSFER
                  Petitioner,              :
                                                07 Civ. 2847 (RWS)
          v.                               :

MICHAEL CHERTOFF, et al.,                  :

                  Respondents.             :
------------------------------------------x

IT IS STIPULATED AND AGREED, by and between the parties, that the above-captioned action be, and hereby is, transferred to the United States District Court for the Eastern District of New York, pursuant to 8 U.S.C. § 1447(b) and 28 U.S.C. § 1631.

Dated: New York, New York           MANCHANDA LAW OFFICES, PLLC
       July __, 2007                Attorneys for Petitioner

                            By:     _____
                                    RAHUL DEV MANCHANDA, ESQ.
                                    80 Wall Street, Suite 705
                                    New York, NY 10005
                                    Tel. No.: (212) 968-8600

Dated: New York, New York           MICHAEL J. GARCIA
       July 23, 2007                United States Attorney for the
                                    Southern District of New York
                                    Attorney for Respondents

                            By:     _____
                                    F. JAMES LOPREST, JR. (FJL:3210)
                                    Special Assistant United States Attorney
                                    86 Chambers Street, 4th Floor
                                    New York, NY 10007
                                    Tel. No.: (212) 637-2728

SO ORDERED:

_____
HON. ROBERT W. SWEET
UNITED STATES DISTRICT JUDGE

2007vo0941
HON. GEORGE B. DANIELS

JUL 2 7 2007